IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **KRISTEN FITZHUGH, on behalf of** | ) | **CASE NO.  1:11-cv-00533** |
| **herself and others similarly situated,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| **AMERICAN INCOME LIFE** | ) | |
| **INSURANCE COMPANY and** | ) | |
| **TORCHMARK CORPORATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ROMAN A. SHAUL

Pursuant to N.D. Ohio Civ. R. 83.5(e) Thomas D. Robenalt, local counsel for Plaintiff, Kristin Fitzhugh in the above-referenced action, hereby moves the Court to admit Roman A. Shaul *pro hac vice* to appear and participate as counsel in this case for Plaintiff, Kristin Fitzhugh.

Movant represents that Roman A. Shaul is a member in good standing of the highest court of Alabama as attested by the accompanying certificate from that court. Roman A. Shaul was admitted to practice before the highest court of Alabama on April 30, 1999 and his Alabama State Bar No. is ASB-5043-S58R.  Roman A. Shaul has never been disbarred or suspended before any court, department, bureau or commission in any state or the United States or ever received any reprimand from any such court, department, bureau or commission pertaining to conduct of fitness as a member of the bar. This Motion is accompanied by the required $100.00 fee.

Roman A. Shaul has previously registered for electronic filing with this Court in another matter.

Roman A. Shaul's relevant identifying information is as follows:

Business telephone: 334-269-2343

Business fax: 334-954-7555

Business address: Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street
PO Box 4160
Montgomery, Alabama 36103-4160

Business e-mail address: Roman.Shaul@BeasleyAllen.com

                Respectfully submitted,

                /s/ Thomas D. Robenalt
                THOMAS D. ROBENALT (0055960)
                SCOTT D. PERLMUTER (0082856)
                **Novak, Robenalt, & Pavlik, L.L.P.**
                Tower City Center
                Skylight Office Tower
                1660 West Second Street, Suite 950
                Cleveland, Ohio 44113-1498
                Phone:  (216) 781-8700
                Fax:  (216) 781-9227
                Email:   TRobenalt@nrplaw.com
                              SPerlmuter@nrplaw.com

                Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2011, I electronically filed the foregoing Motion for Admission *pro hac vice* with the clerk of the court by using the CM/ECF System.

                /s/ Thomas D. Robenalt
                Local Counsel for Plaintiffs